UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORELL D. NASH, | Case No. 2:24-cv-09323-PA-JC |
| Petitioner, | |
| v. | JUDGMENT |
| ATTORNEY GENERAL, STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: July 30, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE